UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GLENN TORTOSO, </br></br> Plaintiff, </br></br> v. </br></br> PORTFOLIO RECOVERY ASSOCIATES, LLC; </br> and DOE 1-5 </br></br> Defendants. | Civil Action No. 8:14-cv-00574-JSM-EAJ |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Glenn Tortoso and defendant Portfolio Recovery Associates, LLC. have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by May 25, 2014, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date: April 25, 2014        s/ Robert Amador
                            ROBERT AMADOR, ESQ.
                            Attorney for Plaintiff GLENN TORTOSO
                            Centennial Law Offices
                            9452 Telephone Rd. 156
                            Ventura, CA. 93004
                            (888)308-1119 ext. 11
                            R.Amador@centenniallawoffices.com

**CERTIFICATE OF SERVICE**

      I certify that on this date, April 25, 2014, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

Portfolio Recovery Associates
120 Corporate Boulevard
Norfolk, VA 23502

                        s/ Robert Amador
                        ROBERT AMADOR, ESQ.
                        Attorney for Plaintiff GLENN TORTOSO
                        Centennial Law Offices
                        9452 Telephone Rd. 156
                        Ventura, CA. 93004
                        (888)308-1119 ext. 11
                        R.Amador@centenniallawoffices.com