UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GLENN TORTOSO,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC;<br>and DOE 1-5<br><br>    Defendants. | Civil Action No. 8:14-cv-00574-JSM-EAJ |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice..

Date: June 2, 2014          s/ Robert Amador
                            ROBERT AMADOR, ESQ.
                            Attorney for Plaintiff GLENN TORTOSO
                            Centennial Law Offices
                            9452 Telephone Rd. 156
                            Ventura, CA. 93004
                            (888)308-1119 ext. 11
                            R.Amador@centenniallawoffices.com