UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GLENN TORTOSO, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC; <br> and DOE 1-5 <br><br> Defendants. | Civil Action No. 8:14-cv-00574-JSM-EAJ |

### NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice..

Date: June 2, 2014

s/ Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff GLENN TORTOSO
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 16 day of JUNE, 20 14.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE